UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Jack Goldman, Plaintiff,

v.

Trinity School of Medicine, et al., Defendants.
-----------------------------------------------------------X

1:23-cv-2935

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO:   ~~Opposing Counsel~~
      _____
      Clerk of Court/Admissions

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I Keith Altman, Esq. will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of The Law Office of Keith Altman and a member in good standing of the bar(s) of the State(s) of California and Michigan, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Plaintiff, Jack Goldman. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Dated: April 20 2023

Respectfully submitted,

_____
Signature of Movant
Firm Name The Law Office of Keith Altman
Address 33228 W. 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Email keithaltman@kaltmanlaw.com
Phone (248) 987-8929