UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------

Jack Goldman

                                Plaintiff(s),

v.

Trinity School of Medicine, et a

                                Defendant(s).

-----------------------------------------------------------

TBD   1:23-cv-2935

**AFFIDAVIT IN SUPPORT OF
MOTION TO ADMIT COUNSEL
*PRO HAC VICE***

I, Keith Altman, Esq. , being duly sworn, hereby depose and say as follows:

1. I am a(n) Partner with the law firm of The Law Office of Keith Altman .
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate)s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of California and Michigan .
4. There are no pending disciplinary proceedings against me in any state or federal court True
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.

6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable: MI Bar No. P81702
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case TBD 1:23-cv-2935 for Plaintiff, Jack Goldman .

Date 4/19/2023
Oakland County, MI

**NOTARIZED**

Signature of Movant
Firm Name The Law Office of Keith Altman
Address 33227 W 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334

Email keithaltman@kaltmanlaw.com
Phone (248) 987-8929

LINA KIRYAKOZA
Notary Public - State of Michigan
County of Oakland
My Commission Expires Jun 9, 2025
Acting in the County of Oakland