AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Jack Goldman | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:23-cv-2935-KAM-JRC |
| Trinity School of Medicine, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Jack Goldman                                                                                    .

Date:   04/26/2023

/s/ Keith Altman
*Attorney's signature*

Keith Altman, pro hac vice
*Printed name and bar number*

The Law Office of Keith Altman
33228 W. 12 Mile Road, Suite 375
Farmington Hills, MI 48334
*Address*

keithaltman@kaltmanlaw.com
*E-mail address*

(248) 987-8929
*Telephone number*

*FAX number*